## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

JAMES M. PELANT,

      Plaintiff,

v.                           **ORDER**
                             Civil File No. 05-1173 (MJD/AJB)

PINNACLE AIRLINES, INC.,

      Defendant.

_____

**IT IS HEREBY ORDERED** that

1. Plaintiff's Motion to Strike [Docket No. 55] is **DENIED**.

2. Plaintiff's Response to Defendant's Motion for Summary Judgment is due Tuesday, May 23, 2006, at 12:00 noon.

3. Defendant's Reply is now due June 2, 2006, at 12:00 noon.


Dated:  May 19, 2006                                   s / Michael J. Davis
                                                                Judge Michael J. Davis
                                                                United States District Court